PROB 12C
(6/16)

Report Date: February 2, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2024

SEAN F. McAVOY, CLERK

# United States District Court

### for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Brian Hill     Case Number: 0980 2:10CR00127-MKD-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 14, 2011

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:     Prison - 180 months     Type of Supervision: Supervised Release
                     TSR - 72 months

Asst. U.S. Attorney:     U.S. Attorney Office     Date Supervision Commenced: July 1, 2022

Defense Attorney:     Federal Defender Office     Date Supervision Expires: June 30, 2028

---

### PETITIONING THE COURT

To issue a warrant.

On July 5, 2022, a probation officer reviewed the judgment with Mr. Hill. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence:** Mr. Hill is alleged to have violated the terms of supervised release by using a controlled substance, methamphetamine, on or about December 30, 2023. |
|  | On January 12, 2024, Mr. Hill provided a urinalysis that tested presumptive positive for methamphetamine. Thereafter, Mr. Hill admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about December 30, 2023. |
| 2 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

Prob12C
**Re: Hill, David Brian**
**February 2, 2024**
Page 2

**Supporting Evidence**: Mr. Hill is alleged to have violated the conditions of his supervised release by failing to report to his probation officer as directed on January 19 and 25, 2024.

On January 12, 2024, Mr. Hill reported to the probation office and a follow up appointment was set for January 19, 2024. Mr. Hill failed to report to the probation office on January 19, 2024, and/or contact the undersigned for explanation. On January 25, 2024, the undersigned attempted to contact Mr. Hill via his cellular telephone and a voice mail and text message were left directing him to report to the probation office on January 26, 2024, before 12 p.m. Mr. Hill failed to report to the probation office on January 26, 2024, nor did he contact the undersigned in any manner for explanation.

On January 31, 2024, the undersigned attempted make contact with Mr. Hill at his last known residence and per the occupants at Mr. Hill's residence, he had not been staying there for "many days" and they were uncertain as to where he was staying. The undersigned requested that should they have communication with Mr. Hill, to have him contact the undersigned. On January 31, 2024, the undersigned spoke with Mr. Hill's substance abuse counselor and it was reported that Mr. Hill has missed his last three treatment sessions without being excused and that he is considered noncompliant for the month of January 2024. Mr. Hill's current whereabouts are unknown and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 2, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

2/2/2024

Date