PROB 12C
(6/16)

Report Date: May 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Brian Hill                                Case Number: 0980 2:10CR00127-MKD-1

Address of Offender: ▉▉▉▉▉▉ ▉▉▉▉▉ Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 14, 2011

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |
| Original Sentence: | Prison - 180 months<br>TSR - 72 months |
| Asst. U.S. Attorney: | Earl Allen Hicks |
| Defense Attorney: | Nicolas Vieth |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 1, 2022

Date Supervision Expires: June 30, 2028

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/02/2024.

On July 5, 2022, a probation officer reviewed the judgment with Mr. Hill. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** Mr. Hill is alleged to have violated the terms of supervised release by using a controlled substance, methamphetamine, on or about April 24, 2024.<br><br>On May 3, 2024, Mr. Hill's substance abuse counselor informed the undersigned that Mr. Hill's urinalysis on April 25, 2024, tested positive for methamphetamine. On May 6, 2024, the undersigned spoke with Mr. Hill in which he readily admitted to using methamphetamine on or about April 24, 2024. |

Prob12C
Re: Hill, David Brian
May 6, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/06/2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

5/6/2024

Date