PROB 12C
(6/16)

Report Date: May 24, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Brian Hill | Case Number: 0980 2:10CR00127-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Ritzville, Washington 99169 | |

Name of Sentencing Judicial Officer: The Honorable Fred Vansickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 14, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 180 months<br>TSR - 72 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | July 1, 2022 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: | June 30, 2028 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/02/2024 and 05/06/2024.

On July 5, 2022, a probation officer reviewed the judgment with Mr. Hill. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Mr. Hill is alleged to have violated the terms of supervised release by using a controlled substance, methamphetamine, on or about May 6, 2024. |
| | On May 21, 2024, the undersigned received a noncompliant substance abuse treatment report from Mr. Hill's provider which indicated that a urinalysis collected on May 7, 2024, returned confirmed positive for methamphetamine. On May 22, 2024, the undersigned spoke with Mr. Hill and he admitted to using methamphetamine on or about May 6, 2024. |

Prob12C
Re: Hill, David Brian
May 24, 2024
Page 2

| | | |
|---|---|---|
| 5 | | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** Mr. Hill is alleged to have violated the terms of supervised release by failing to report for a random urinalysis on May 14, 2024.

On February 8, 2024, Mr. Hill was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Hill was further advised he would be assigned the urinalysis testing color gold. He was directed to call the testing line every day, and was to report to PHS on the days that gold was called, in order to submit to urinalysis testing. Mr. Hill acknowledged an understanding of this process.

On May 14, 2024, without being excused, Mr. Hill failed to report to PHS to submit to urinalysis testing, as his assigned color was scheduled for testing on that date.

6  **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Hill is alleged to have violated the terms of supervised release by using a controlled substance, methamphetamine, on or about May 14, 2024.

On May 15, 2024, Mr. Hill reported to the U.S. Probation Office as directed in response to his failure to report for his random urinalysis on May 14, 2024. It was at that time, Mr. Hill provided a urinalysis that tested presumptive positive for methamphetamine. Mr. Hill denied relapsing on methamphetamine and the sample was sent for confirmation. On May 22, 2024, the aforementioned urinalysis sample was confirmed positive for methamphetamine. On May 22, 2024, the undersigned spoke with Mr. Hill and he ultimately admitted to last using methamphetamine, on or about May 14, 2024.

7  **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: It is alleged that Mr. Hill was dishonest with this officer in respect to his illicit drug use when questioned on May 13 and 15, 2024.

Specifically, on May 13, 2024, Mr. Hill informed the undersigned after being questioned about his last illicit drug use, that he had not relapsed on methamphetamine since April 24, 2024, as reported on the violation petition dated May 6, 2024. On May 15, 2024, after testing presumptive positive for methamphetamine he denied that he used methamphetamine to a U.S. probation officer and signed a document to this effect. On May 22, 2024, after receiving documents noting that Mr. Hill's uranalysis samples were confirmed positive on two separate occasions, the undersigned spoke with Mr. Hill via telephone. It was at that time, Mr. Hill ultimately admitted to initially being dishonest when questioned about his illicit use and he apologized for his actions.

Prob12C
Re: Hill, David Brian
May 24, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 24, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

5/24/2024

Date