PROB 12C
(6/16)

Report Date: May 31, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Brian Hill                                 Case Number: 0980 2:10CR00127-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Fred Vansickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 14, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 180 months<br>TSR - 72 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | July 1, 2022 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: | June 30, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/02/2024, 05/06/2024, and 05/24/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** Mr. Hill is alleged to have violated the terms of supervised release by using a controlled substance, methamphetamine, on or about May 23, 2024.<br><br>On May 23, 2024, Mr. Hill provided a urinalysis for his treatment provider. On May 30, 2024, Mr. Hill's treatment provider informed the aforementioned urinalysis was confirmed positive for methamphetamine. |
| 9 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Hill, David Brian
May 31, 2024
Page 2

**Supporting Evidence:** Mr. Hill is alleged to have violated the terms of supervised release by using a controlled substance, methamphetamine, on or about May 27, 2024.

On May 29, 2024, Mr. Hill provided a urinalysis that tested presumptive positive for methamphetamine. Thereafter, Mr. Hill informed the undersigned that he last used methamphetamine on or about May 27, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 31, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

6/3/2024

Date