PROB 12C
(6/16)

Report Date: July 19, 2024

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2024

SEAN F. McAVOY, CLERK

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Brian Hill | Case Number: 0980 2:10CR00127-MKD-1 |
| Address of Offender: ▮▮▮▮▮ Ritzville, Washington 99169 | |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 14, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 180 months<br>TSR - 72 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: July 1, 2022 | |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: June 30, 2028 | |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/02/2024, 05/06/2024, 05/24/2024, and 05/31/2024.

On July 5, 2022, a probation officer reviewed the judgment with Mr. Hill. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** Mr. Hill is alleged to have violated the terms of supervised release by using a controlled substance, methamphetamine, on or about July 13, 2024.<br><br>On July 16, 2024, Mr. Hill provided a random urinalysis at Pioneer Human Services that tested presumptive positive for methamphetamine. Mr. Hill denied using methamphetamine and the urinalysis specimen was sent for confirmation. On July 17, 2024, the undersigned spoke with Mr. Hill and he readily admitted to relapsing on methamphetamine on or about July 13, 2024. |

Prob12C
Re: Hill, David Brian
July 19, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 19, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

7/19/2024

Date