PROB 12C
(6/16)

Report Date: July 15, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 21, 2026**

SEAN F. MCAVOY, CLERK

ECF No. 183

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Brian Hill                    Case Number: 0980 2:10CR00127-MKD-1

Address of Offender: █████████████    Ritzville, Washington 99169

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 14, 2011

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 180 months<br>TSR - 72 months | Type of Supervision: Supervised Release | |
| Revocation Sentence (August 7, 2024) | Prison - 3 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: October 29, 2024 | |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: October 28, 2029 | |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 16, 2026.

On October 30, 2024, an officer reviewed the conditions of supervision with Mr. Hill. He signed his judgement acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: It is alleged that Mr. Hill violated the conditions of his supervised release on or about July 7, 2026, by consuming methamphetamine.

On July 14, 2026, the undersigned officer was informed by Mr. Hill's treatment provider that he submitted a urine specimen on July 7, 2026, which was confirmed positive for methamphetamine.

Prob12C

**Re: Hill, David Brian**
**July 15, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 15, 2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

M. K. Dimke

Signature of Judicial Officer

July 21, 2026

Date